**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-23890-RAR**

**RAFAEL ALEXIS SARCOS BARRETO**,

Plaintiff,

v.

**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, [ECF No. 22], filed on July 21, 2026. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED *without prejudice***. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**